# IN THE SUPREME COURT OF THE STATE OF NEVADA

BERTHINIA S. WILLIAMS,
              Appellant,
        vs.
WYNN LAS VEGAS AND ENCORE
HOTEL,
              Respondent.

No. 82973

**FILED**

JUN 11 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal is untimely filed under NRAP 4(a) because it was filed more than 30 days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). The district court's order dismissing appellant's complaint with prejudice was entered on February 26, 2020, and written notice of entry was served on appellant by mail on February 27, 2020. The notice of appeal was not filed until May 21, 2021, well after the expiration of the 30-day limit set by NRAP 4. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-16807

cc: Hon. Susan Johnson, District Judge
Berthinia S. Williams
Jackson Lewis P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A